# Order

Michigan Supreme Court
Lansing, Michigan

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147119

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ARMANTAYE DAISUAN BULLOCK,
        Defendant-Appellant.

SC:  147119
COA:  314842
Saginaw CC:  10-034800-FH

_____/

On order of the Court, the application for leave to appeal the March 21, 2013 order of the Court of Appeals is considered.  We DIRECT the Saginaw County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order and to discuss the applicability of *People v Fonville*, 291 Mich App 363 (2011).

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

s0826